```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20952
   PATRICIA GARCIA
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1895

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 11/08/2007 and was confirmed 01/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/09/2009.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSECURED         1459.05            .00           .00
HSBC AUTO FINANCE         SECURED VEHIC    27062.00         1618.57       5130.24
HSBC AUTO FINANCE         UNSECURED          415.12            .00           .00
AMERICREDIT               UNSECURED        NOT FILED           .00           .00
CAPITAL ONE               UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1294.99            .00           .00
ISAC                      UNSECURED         5473.45            .00           .00
ISAC                      UNSECURED        NOT FILED           .00           .00
ISAC                      UNSECURED        NOT FILED           .00           .00
MARIA MARTINEZ            UNSECURED        NOT FILED           .00           .00
PCS DIVISION              UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          451.55            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1735.02            .00           .00
ROUNDUP FUNDING LLC       UNSECURED          318.00            .00           .00
AMERICREDIT FINANCIAL SV  SECURED NOT I     3600.73            .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          342.82            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         4591.47            .00           .00
ADVOCATE HEALTH & HOSPIT  UNSECURED          179.12            .00           .00
CITY OF CHICAGO PARKING   UNSECURED          810.00            .00           .00
DAVID M SIEGEL            DEBTOR ATTY       3,124.00                      2,241.60
TOM VAUGHN                TRUSTEE                                           749.49
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  9,739.90

PRIORITY                                          .00
SECURED                                       5,130.24
    INTEREST                                  1,618.57

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20952 PATRICIA GARCIA
```

```
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,241.60
TRUSTEE COMPENSATION                                             749.49
DEBTOR REFUND                                                       .00
                                       ----------------   ----------------
TOTALS                                       9,739.90           9,739.90
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE